```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 07302
     LITITIA T DANIELS
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
     SSN XXX-XX-4742


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 03/27/2008 and was not confirmed.

     The case was dismissed without confirmation 06/18/2008.
------------------------------------------------------------------------
CREDITOR NAME             CLASS         CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                         PAID           PAID
------------------------------------------------------------------------
SPRINT-NEXTEL CORP        UNSECURED        1265.15         .00            .00
AUTOMOTIVE FINANCE        UNSECURED       24010.24         .00            .00
CASH TRANSFER CENTER      UNSECURED      NOT FILED         .00            .00
INGALLS HOSPITAL          UNSECURED      NOT FILED         .00            .00
INGALLS HOSPITAL          UNSECURED      NOT FILED         .00            .00
CRESCENT RECOVERY LLC     UNSECURED        1568.09         .00            .00
HSBC NV/GM CARD           UNSECURED      NOT FILED         .00            .00
JEFFERSON CAPITAL SYSTEM  UNSECURED         794.00         .00            .00
JEFFERSON CAPITAL SYSTEM  UNSECURED         579.77         .00            .00
COMCAST                   UNSECURED         425.58         .00            .00
MAGNUM FUNDING INC        UNSECURED      NOT FILED         .00            .00
VILLAGE OF RIVERDALE      UNSECURED         350.00         .00            .00
WESTBURY                  UNSECURED      NOT FILED         .00            .00
STONE PORT BUILDERS       NOTICE ONLY   NOT FILED         .00            .00
INTERNAL REVENUE SERVICE  PRIORITY      NOT FILED         .00            .00
JEFFERSON CAPITAL SYSTEM  UNSECURED         487.97         .00            .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY     3,464.00                        .00
TOM VAUGHN                TRUSTEE                                         .00
DEBTOR REFUND             REFUND                                          .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                     .00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                       .00
TRUSTEE COMPENSATION                                 .00
DEBTOR REFUND                                        .00
                         --------------        --------------
TOTALS                      .00                      .00


                PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 07302 LITITIA T DANIELS
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 09/24/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```